**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Yuliya Hirnyk and Igor Lukasevych,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>National Grid USA Service Company, Inc.;<br>and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Civil Action No.:  4:16-cv-40010-TSH |

**NOTICE OF SETTLEMENT**

　　　NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 26, 2017

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS,
　　　　　　　　　　　　　　　　　　　　　　　Yuliya Hirnyk and Igor Lukasevych

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Alexander Hornat*

　　　　　　　　　　　　　　　　　　　　　　　Alexander Hornat, Esq.
　　　　　　　　　　　　　　　　　　　　　　　B.B.O. No.: 687588
　　　　　　　　　　　　　　　　　　　　　　　**LEMBERG LAW, L.L.C.**
　　　　　　　　　　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　　　　　ahornat@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 26, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Douglas T. Radigan, Esq.
BOWDITCH & DEWEY, LLP
311 Main Street
P.O. Box 15156
Worcester, Massachusetts 01615
*Attorney for Defendants*

              By */s/ Alexander Hornat*
                Alexander Hornat, Esq.