UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| YULIYA HIRNYK AND IGOR LUKASEVYCH, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL GRID USA SERVICE COMPANY, INC. AND DOES 1-10, INCLUSIVE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> CIVIL ACTION NO.  4:16-cv-40010-TSH |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the action, including, without limitation, any and all claims and counterclaims, be dismissed, with prejudice, without costs, and waiving all rights of appeal.

| YULIYA HIRNYK AND IGOR LUKASEVYCH | NATIONAL GRID USA SERVICE COMPANY, INC. |
|---|---|
| By Their Attorney, | By Its Attorney, |
| */s/ Sergei Lemberg*_____ <br> Sergei Lemberg (BBO # 650671) <br> LEMBERG LAW, LLC <br> 43 Danbury Road, 3rd Floor <br> Wilton, CT  06897 <br> Telephone: 203-653-2250 <br> Facsimile: 203-653-3424 <br> Email: slemberg@lemberglaw.com <br><br> Dated: March 27, 2017 | */s/ Douglas T. Radigan* _____ <br> Douglas T. Radigan (BBO #657938) <br> BOWDITCH & DEWEY, LLP <br> 311 Main Street <br> P.O. Box 15156 <br> Worcester, MA 01615 <br> Telephone: 508-926-3497 <br> Facsimile: 508-929-3197 <br> Email: dradigan@bowditch.com |